1

2    **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

3    **UNITED STATES OF AMERICA,**

                        **Plaintiff,**          **Case No.        CR08-5850RJB**
4
                  **v.**                        **ORDER RE: ALLEGATIONS OF**
5    **BRIAN N JACKSON,**                       **VIOLATION OF CONDITIONS OF**
                                                **SUPERVISION BY UNITED STATES**
6                        **Defendant.**          **PRETRIAL SERVICES**

7

8
     **THIS MATTER comes on for hearing on the Petition of the United States Pretrial Services Office**
9    **Office alleging defendant violated the conditions of supervision as set forth in said Petition.**

10   **The plaintiff appears through Special/Assistant United States Attorney, BARB SIEVERS;**
     **The defendant appears personally and represented by counsel, LINDA SULLIVAN;**
11
     **The defendant has been advised of (a) the alleged violations; (b) the right to a hearing; and c) that**
12   **defendant's Appearance Bond could be revoked and defendant detained pending resolution of the**
     **underlying charges in the Complaint/Indictment/Information if found to be in violation of supervision.**
13
     **The defendant having**
14   **( ✓)  acknowledged the right to a hearing on the merits, voluntarily waived that hearing, and**
     **acknowledged violating the following bond conditions as set forth below:**
15
        **1) Committing the offense of Violation of a Protection Order on December 18, 2008.**
16      **2) Violation a Protection Order on December 18, 2008.**

17
     **(  ) been found to be in violation of his bond as set forth below after a hearing before the undersigned:**
18

19
     **The court having determined that the defendant violated the conditions of his/her Appearance Bond,**
20   **Now therefore defendant's Appearance Bond  is hereby:**
     **(  ) continued in effect.**
21   **(  ) modified as follows:**
     **( ✓ ) revoked, and the defendant is ordered detained for failing to show that he/she will not flee or pose**
22   **a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be**
     **delivered as ordered by the court for further proceedings.**
23
     **The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant,**
24   **the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

25                                          **January 8, 2009.**

26
                                   **s/Karen L. Strombom**
27                                 **Karen L. Strombom, U.S. Magistrate Judge**

28

     ORDER
     Page - 1